AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __GEORGIA__

Sheritha Harris

Plaintiff (s),

V.

Harvest Associates

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:18-cv-00133

Notice is hereby given that, subject to approval by the court, __Sheritha Harris__ substitutes
(Party (s) Name)

__Scot Groghan__, State Bar No. __142250__ as counsel of record in
(Name of New Attorney)

place of __Alex Simanovsky__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Credit Repair Lawyers of America
Address: 22142 West Nine Mile Road, Southfield, MI 48033
Telephone: (248) 353-2882   Facsimile (248) 353-4840
E-Mail (Optional): scot@crlam.com

I consent to the above substitution.
Date: April 10, 2019

_(Signature of Party (s))_

I consent to being substituted.
Date: 04/10/19

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 04/10/2019

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**